# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0064.  AKASH DIXIT v. TANYA SINGH DIXIT.**

Akash Dixit has filed an application for discretionary review of the trial court's July 18, 2017 order denying various motions, including a motion for new trial, in the underlying divorce case.  Appellee Tanya Dixit filed a motion to dismiss, contending that the July 18 order is interlocutory because the issue of attorney's fees remains pending.  The appellee is correct.

On March 14, 2017, the trial court entered a "Final Judgment and Decree of Divorce."  In that order, the trial court reserved for additional consideration Tanya Dixit's request for attorney's fees.  The divorce decree, therefore, was not a final judgment.  See *Jarvis v. Jarvis*, 291 Ga. 818, 819 (1) (733 SE2d 747) (2012).  While the trial court subsequently denied various motions that were filed by Akash Dixit, the court does not appear to have resolved the attorney's fees issue.  Accordingly, Akash Dixit was required to follow the interlocutory appeal procedures to obtain appellate review at this time.  Although he filed an application for discretionary appeal, compliance with the discretionary appeal statute, OCGA § 5-6-35, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  The appellee's motion to dismiss is hereby GRANTED and this application is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/18/2017
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*